RECEIVED & FILED
2016 DEC 28 PM 5: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>Javier GONZALEZ-OLIVERAS,<br>Defendant, | INDICTMENT<br><br>Criminal No. 16- 807 (PAD)<br><br>Violations: Title 18, U.S.C. §§, 922 (o) and 922(a)(2)<br><br>**Forfeiture:**<br>18 U.S.C. § 924(d)(1); 28 U.S.C. § 2461(c)<br>(ONE COUNT) |

THE GRAND JURY CHARGES:

## COUNT ONE
### Possession of a Machine Gun
### (Title 18, United States Code, Section 922(o))

On or about December 18, 2016, in the District of Puerto Rico and within the jurisdiction of this Court,

**Javier GONZALEZ-OLIVERAS,**

the defendant herein, did knowingly and unlawfully possess a machine gun, as that term is defined in Title 26, United States Code, § 5845(b), that is, a Spike's Tactical rifle, model Warthog, multi caliber, serial number WH04037; loaded with ten (10) rounds of .223 caliber ammunition, in addition to a magazine loaded with twenty (20) rounds of 5.56 caliber ammunition, modified to fire in a fully automatic capacity as a machinegun. All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

1

**Firearms and Ammunition Forfeiture Allegation**
(18 U.S.C. § 924(d) & 28 U.S.C. § 2461(c))

The allegations contained in Count ONE of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c). Upon conviction of the offense in violation of Title 18, United States Code, Sections 922(o) set forth in Count ONE, of this Indictment, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved or used in the commission of the offense, including, but not limited to, a Spike's Tactical rifle, model Warthog, multi caliber, serial number WH04037; loaded with ten (10) rounds of .223 caliber ammunition, in addition to a magazine loaded with twenty (20) rounds of 5.56 caliber ammunition.

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

TRUE BILL.

*ROSA EMILIA RODRIGUEZ-VELEZ*
United States Attorney

Dated: 12/28/2016

_____
**Timothy Henwood**
First Assistant U.S. Attorney

_____
Jenifer Y. Hernández-Vega
Assistant U. S. Attorney
Deputy Chief Violent Crimes Unit

_____
Max Pérez-Bouret
Assistant U.S. Attorney

2