# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **JAVIER GONZALEZ-OLIVERAS,** Defendant. | CRIMINAL NO. **16-807 (PAD)** |

## UNITED STATES' SENTENCING MEMORANDUM

**TO THE HONORABLE COURT:**

**COMES NOW,** the United States of America (the "United States"), by its undersigned counsel, and respectfully requests that **Mr. Gonzalez-Oliveras** be sentenced to 18 months of imprisonment.

### I. INTRODUCTION:

The Sentencing hearing in the above captioned case is set for April 9, 2018. The United States Probation Office ("USPO"), determined that **Mr. GONZALEZ-OLIVERAS** has criminal history category of I, therefore his guideline range is from 18-24 months.[1]

### II. PARTIES SENTENCING RECOMMENDATION:

As per the Plea Agreement, both parties will be requesting the lower end of the applicable guideline range for a total offense level of 15, when combined with the defendant's criminal history as determined by the Court.

---

[1] According to the Plea Agreement (Docket # 58)

**WHEREFORE,** the United States respectfully requests that this Honorable Court sentence **Mr. GONZALEZ-OLIVERAS** to a term of imprisonment of 18 months.

I hereby certify that on today's date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants.

**RESPECTFULLY SUBMITTED.**

San Juan, Puerto Rico, this 5th day of April, 2018.

**ROSA EMILIA RODRÍGUEZ-VÉLEZ**
United States Attorney

*S/MAX PÉREZ-BOURET*
**Max Pérez-Bouret** -222612
Special Assistant United States Attorney
U.S. Attorney's Office
Torre Chardón, Suite 1201
# 350 Carlos Chardón Ave.
Hato Rey, PR 00918
Tel.: (787) 766-5656
Email: max.j.perez@usdoj.gov